# EXHIBIT H
## Map of Parcels



FOXCONN PROJECT PROPERTIES MAP 

Date: November 20, 2017

# EXHIBIT A