# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

RODNEY JENSEN et al.,
   Plaintiffs

  v.         CASE NUMBER: 18-C-0046

VILLAGE OF MOUNT PLEASANT et al.,
   Defendants

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that, on defendants' motion to dismiss and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this case is **DISMISSED without prejudice** for lack of ripeness and failure to state a claim upon which relief can be granted.

| | |
|---|---|
| 5/2/2018 | Stephen C. Dries |
| Date | Clerk |
| | s/ J. Dreckmann |
| | (By) Deputy Clerk |